■ EAST END COUNTRY KITCHENS, INC., Appellant, v GEORGE WAGNER, Respondent. [628 NYS2d 584] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Underwood, J.), dated February 9, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Underwood at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.